**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| SANDRA YANIRA AMAYA DE ESCAMILLA, | ) | |
| *Petitioner*, | ) | |
| v. | ) | No. 1:26-cv-2385 (PTG/LRV) |
| MARKWAYNE MULLIN, *et. al.*, | ) | |
| *Respondents*. | ) | |

# ORDER

This matter comes before the Court on Petitioner's Writ of Habeas Corpus ("Petition"). Dkt. 1. On August 27, 2026, the Court conducted a hearing on the Petition. For the reasons stated from the bench, it is hereby

**ORDERED** that the Petition for a Writ of Habeas Corpus (Dkt. 1) is **GRANTED**; it is further

**ORDERED** that Petitioner be immediately released from custody, with all her personal property; it is further

**ORDERED** that Respondents' unlawful revocation of Petitioner's Order of Supervision ("OSUP") is **VACATED**, and the conditions of supervision under the OSUP are **RESTORED**; it is further

**ORDERED** that until seven (7) days after an immigration judge reviews the negative fear determination regarding Petitioner's third-country fear interview, Respondents and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert

or participation with them are hereby **ENJOINED** from removing Petitioner to a third-country; it is further

**ORDERED** that Respondents—along with their officers, agents, servants, employees, attorneys, successors, and assigns, and all persons acting in concert with them—be and are **ENJOINED** from rearresting Petitioner unless she has committed a new violation of any federal, state, or local law, violated any condition of her supervision, or has failed to attend any properly noticed immigration or court hearing, or pursuant to 8 U.S.C. § 1231(a)(2); and it is further

**ORDERED** that the Clerk enter judgment in Petitioner's favor pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to counsel of record, and close this civil action.

Entered this 27th day of August, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge